# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 08-10768/Chapter 11 Proceeding |
| | ) | |
| **ANATOLI I. KARATCHOUN** | ) | **MOTION TO SECURE PAYMENT** |
| a/k/a Point West Excavation, LLC | ) | **OF ADMINISTRATIVE COST** |
| and wife, **LYUBOV KARATCHOUN,** | ) | |
| | ) | |
| Debtors. | ) | |

The debtors/debtors-in-possession move the Court, allege and say as follows:

1. The debtors filed a voluntary Chapter 11 proceeding on September 24, 2008.

2. At the time of filing, there was a foreclosure pending on the most valuable asset of the Chapter 11 Estate which required an immediate Chapter 11 filing.

3. At time of the Chapter 11 filing, the debtors were asset rich and cash poor with minimal funds to deposit for the cost, fees and administrative cost of the Chapter 11 proceeding.

4. The debtors own unencumbered property, two lots in High Vista community in Buncombe County, North Carolina, with estimated value of $100,000.00 upon which they have agreed to have liens filed to secure the cost, fees and administrative cost being paid for this proceeding.

5. The debtors' total asset value significantly exceeds the debtors' valid debts and allowing the lien to secure the administrative costs of the Chapter 11 proceeding will not disadvantage any legitimate claimant in this proceeding.

6. The debtors/debtors-in-possession will utilize two primary professionals in this proceeding, David G. Gray as attorney for the Chapter 11 proceeding and David W. Cartner as attorney for regular post-petition work in the development and sale of the real property assets.

7. There may also be other professionals and administrative cost to be paid during the proceeding.

8. It is in the best interest of the creditors, Chapter 11 Estate and the debtors/debtors-in-possession to approve the deed of trust lien on debtors' unencumbered lots to facilitate the payment as ordered by the Court of the fees, costs and administrative costs of the Chapter 11 proceeding which will insure appropriate payment to all valid claimants.

**THEREFORE**, the debtors/debtors-in-possession move the Court for an order allowing the fees, cost and administrative costs to be secured for payment by deed of trust lien on the debtors/debtors-in-possession/Chapter 11 Estate lots in High Vista, Buncombe County, North Carolina and for other appropriate relief.

This the 8th day of October, 2008.

                                              */s/ David G. Gray*

                                   **David G. Gray, Attorney for Debtors/D.I.P.**
                                   **N. C. State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 08-10768/Chapter 11 Proceeding |
| | ) | |
| **ANATOLI I. KARATCHOUN** | ) | **NOTICE OF HEARING** |
| a/k/a Point West Excavation, LLC | ) | |
| and wife, **LYUBOV KARATCHOUN,** | ) | |
| | ) | |
| Debtors. | ) | |

TAKE NOTICE that the debtors/debtors-in-possession have filed motion to secure payment of administrative cost; a copy of the motion accompanies this notice.

TAKE FURTHER NOTICE that hearing on said motion will be held on OCTOBER 22, 2008 at 9:30 a.m. or thereafter as called for hearing before the Bankruptcy Judge Presiding in the first floor courtroom, U. S. Courthouse, 100 Otis Street, Asheville, North Carolina.

This the 8th day of October, 2008.

*/s/ David G. Gray*

**David G. Gray, Attorney for Debtors/D.I.P.**
**N. C. State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 08-10768/Chapter 11 Proceeding |
| | ) | |
| **ANATOLI I. KARATCHOUN** | ) | **CERTIFICATE OF SERVICE** |
| a/k/a Point West Excavation, LLC | ) | |
| and wife, **LYUBOV KARATCHOUN,** | ) | |
| | ) | |
| Debtors. | ) | |

The undersigned certifies that copy of notice of hearing with copy of motion to secure administrative costs has been served by first class mail in a properly addressed envelope with adequate postage affixed on each party listed on the attached mailing matrices.

This the 8th day of October, 2008.

                                            */s/ David G. Gray*

                                       **David G. Gray, Attorney for  Debtors/D.I.P.**
                                        **N. C.  State Bar No. 1733**

**WESTALL, GRAY, CONNOLLY & DAVIS, P.A.**
**81 Central Avenue**
**Asheville, North Carolina 28801**
**Tel: (828) 254-6315**
**Fax: (828) 255-0305**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-1<br>Case 08-10768<br>Western District of North Carolina<br>Asheville<br>Wed Oct  8 11:59:19 EDT 2008 | AAAAA Services, Inc.<br>PO Box 11<br>Pisgah Forest, NC 28768-0011 | Allen Moss<br>599 N. Louisiana Ave #67<br>Asheville, NC 28806-3774 |
| Allied Interstate<br>5th Floor<br>3000 Corp. Exchange Dr.<br>Columbus, OH 43231-7723 | Allied Interstate<br>Consumer Service<br>PO Box 361477<br>Columbus, OH 43236-1477 | Asheville Savings Bank<br>PO Box 652<br>Asheville, NC 28802-0652 |
| Blue Ridge Savings Bank<br>20 South Pack Square<br>Asheville, NC 28801-3521 | CAT Access Account<br>PO Box C1117<br>Southeastern, PA 19398 | Capital One Bank (USA), NA<br>PO Box 70884<br>Charlotte, NC 28272-0884 |
| Caterpillar Financial<br>PO Box 34001<br>Nashville, TN 37203-0001 | City of Asheville<br>Accounting Division<br>PO Box 7148<br>Asheville, NC 28802-7148 | Derrick R. Bailey<br>WATSON BAILEY CIOCHINA, LLP<br>64 Broadway<br>Asheville, NC 28801-2916 |
| DirecTV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 | GE Money Bank<br>PO Box 981127<br>El Paso, TX 79998-1127 | David G. Gray<br>81 Central Avenue<br>Asheville, NC 28801-2438 |
| HSBC Auto Finance<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | HSBC Auto Finance<br>PO Box 17904<br>San Diego, CA 92177-7904 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jean M. McCoy<br>391 Drena Drive<br>Sherrills Ford, NC 28673 | John & Wendy Curry<br>10 Fieldcrest Circle<br>Asheville, NC 28806-9754 | Anatoli I. Karatchoun<br>Apt. 206<br>700 Longwood Lane<br>Asheville, NC 28806-9219 |
| Lyubov Karatchoun<br>Apt. 206<br>700 Longwood Lane<br>Asheville, NC 28806-9219 | LVNV Funding<br>c/o Capital Mgt. Serv.<br>Suite 700<br>726 Exchange Street<br>Buffalo, NY 14210-1494 | North Carolina Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| Pt. West Excavators LLC<br>Apt. 206<br>700 Longwood Lane<br>Asheville, NC 28806-9219 | Erich M. Ramsey<br>Ascension Capital Group<br>Post Office Box 201347<br>Arlington, TX 76006-1347 | Ron True, Attorney<br>Suite 204<br>One Oak Plaza<br>Asheville, NC 28801-3009 |
| U.S. Attorney WDC<br>100 Otis Street, Room 233<br>Asheville NC 28801-2688 | U.S. Bankruptcy Administrator<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1673 | U.S. Securities Exchange<br>Suite 1000<br>3475 Lenox Rd., N.E.<br>Atlanta, GA 30326-3235 |

| | | |
|---|---|---|
| U.S. Securities Exchange<br>Suite 1000<br>3475 Lenox Road NE<br>Atlanta GA 30326-3235 | United States Attorney<br>Federal Courthouse Rm. 233<br>100 Otis Street<br>Asheville, NC 28801-2608 | Washington Mutual<br>PO Box 9016<br>Pleasanton, CA 94566-9016 |
| William E. & Jean M.McCoy<br>c/o Derrick Bailey, Atty<br>64 Broadway<br>Asheville, NC 28801-2916 | William E. McCoy<br>33 Timberwood Drive<br>Asheville, NC 28806-5105 | William E. and Jean M. McCoy<br>c/o Derrick R. Bailey<br>WATSON BAILEY CIOCHINA, LLP<br>64 Broadway<br>Asheville, NC 28801-2916 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)George R. Hodges

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36