IN RE:                                                February 10, 2009


ANATOLI I. KARATCHOUN           )          CHAPTER 11 PLAN
 La/k/a Point West Excavation, LC   )
And wife, LYUBOV KARATCHOUN     )

---

George R. Hodges
United States Bankruptcy Court
100 Otis Street
Asheville, N. C. 28801-2611

RECEIVED
U.S. Bankruptcy Court
Western District of NC

FEB 1 2 2009

David E. Welch, Clerk
Asheville Division
PAS

Dear Honorable Judge Hodges:

In regard to the proposed plan submitted by Anatoli Kartchoun to resolve this bankruptcy filing, I emphatically am opposed for the following reasons:

His judgment in borrowing money in the past has proven disastrous, and I do not feel there is the slightest chance that his past creitors or potential new creditors will lend him a cent.

In today's economy, or in any other economy, will loans be granted to a party with a history such as Mr. Karatchoun. It takes more than dreams and a tooth fairy or a pot of gold at the end of the rainbow to finance a development project such as he proposes. The cost of futher developmenrt and infrastructure as submitted by Mr. Karatchoun are unrealistic and he certainly does not have the resources to finance such proposals.

The economic casatrophy that the country finds itself in will surely last for years, and I for one, am not willing to wait for a miracle, at eighty years of age, to get my land back.

Sincerely,

*William E. McCoy* (signature)

William E. McCoy

FILED
U.S. Bankruptcy C
Western Dis

FEB 1 2 2009

David E. Welch, Cl
Asheville Division
PAS