FILED & JUDGMENT ENTERED
David E. Weich

Aug 18 2009

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_George R. Hodges_
George R. Hodges
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
Case No. 08-10768
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

Anatoli I. Karatchoun
   aka Point West Excavation, LLC
Apt. 206
700 Longwood Lane
Asheville, NC 28806
Social Security No.: xxx-xx-2698

Lyubov Karatchoun
Apt. 206
700 Longwood Lane
Asheville, NC 28806
Social Security No.: xxx-xx-6485

## ORDER ON MOTION TO WITHDRAW

The above cause coming before the undersigned judge presiding over the United States Bankruptcy Court for the Western District of North Carolina upon Motion of counsel for the Creditors William McCoy and wife, Jean McCoy to Withdraw, and after reviewing the Motion the Court is of the opinion that the Motion ought to be ALLOWED;

NOW, THEREFORE, FOR GOOD CAUSE SHOWN and by his specific request, Derrick R. Bailey and Watson Bailey Ciochina, LLP, upon motion duly made, are hereby released as a counsel of record for the Creditors William McCoy and wife, Jean McCoy.

This Order has been signed electronically.
The judge's signature and court's seal appear
at the top of the Order.

United States Bankruptcy Court